IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 19 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02093-ZLW

HARRY TROUNCE,

    Plaintiff,

v.

MAJOR MICHAEL EHRMAN,
ANTHONY A. DeCESARO, and
TOM BULLARD,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's request to waive the initial partial filing fee in this action, which he makes in a document titled "Request to Waive Partial Filing Fee" filed on January 17, 2006, is DENIED because the initial partial filing fee in this action already has been waived.

Dated: January 19, 2006

---

Copies of this Minute Order mailed on January 19, 2006, to the following:

Harry Trounce
Prisoner No. 61990
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

                                          Secretary/Deputy Clerk